
RECEIVED
IN MONROE, LA
JAN 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROSIE NORTON | CIVIL ACTION NO. 06-1402 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHARD STALDER, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 4], noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint be construed as a petition for habeas corpus and that it be DENIED AND DISMISSED WITHOUT PREJUDICE for failing to exhaust state court remedies.

MONROE, LOUISIANA this 16 day of January, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE